# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 FEB 18 PM 4:01



| UNITED STATES OF AMERICA, | ) | No. 09CR3484-JM |
| Plaintiff, | ) | |
| vs | ) | JUDGMENT OF DISMISSAL |
| RAUL MEDINA-GUILLEN | ) | (Rule 32(d), F.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of all the offense(s) of the indictment.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to rule 32(b), Federal Rules of Criminal Procedure.

DATED: 2/18/2010

_per_ Jeffrey T. Miller
United States District Judge